

October 3, 2016

**VIA CM/ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:   *Eric Johnson v. Radio One, Inc. and Interactive One LLC*, Civil Action No. 1:16-cv-7204-GHW

Dear Judge Woods:

My firm is counsel for Defendants in the above-captioned action. Pursuant to Rule 1(E) in Your Honor's Individual Rules of Practice, Defendants write to request an extension of time to respond to the Complaint in this action. The Complaint was served on Defendants on September 19, 2016, and Defendants' Answer is therefore due October 11, 2016. Defendants request an extension of time until November 1, 2016 to serve their response to the Complaint. There have been no previous requests for adjournments or extensions of time in this action. The reason for this request is that my firm was recently retained and additional time is required to understand the allegations in the Complaint to allow Defendants to respond to those allegations. I have conferred with counsel for Plaintiff and he has consented to this extension of time request. This extension of time request will not impact any other scheduled dates in this action.

Defendants thank the Court for considering this extension of time request. If this request is acceptable to the Court, Defendants respectfully request that the Court so order this letter.

Respectfully submitted,

*s/ Andrew P. Zappia*

Andrew P. Zappia

APZ:smf
cc  Alexander Malbin, Esq., Counsel for Plaintiff

E-mail: Andrew.Zappia@leclairryan.com
Direct Phone: (585) 270-2102
Direct Fax: (585) 270-2162

70 Linden Oaks, Suite 210
Rochester, New York 14625
Phone: (585) 270-2100 \ Fax: (585) 270-2179

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ RHODE ISLAND \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

19304298