Alexander R. Malbin, Esq. (AM 9385)
Edmund J. Ferdinand, III, Esq. (EF9885)
FERDINAND IP, LLC
125 Park Avenue
25th Floor, Suite 2508
New York, NY 10017
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
       jferdinand@24iplg.com

*Attorney for Plaintiff*
*ERIC JOHNSON*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC JOHNSON,<br><br>               Plaintiff,<br><br>     - against -<br><br><br>INTERACTIVE ONE, LLC,<br><br>               Defendant. | Civil Action No. 1:16-cv-7204<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Eric Johnson, voluntarily dismisses the above-captioned action with prejudice and with each party to bear its own costs and expenses.

1

Dated:  June 2, 2017

                              By:   _____
                                      Alexander R. Malbin
                                      Edmund J. Ferdinand, III
                                      FERDINAND IP, LLC
                                      125 Park Avenue
                                      25th Floor, Suite 2508
                                      New York, NY 10018
                                      Telephone: (212) 220-0523
                                      Fax: (203) 905-6747
                                      Email: amalbin@24iplg.com
                                                   jferdinand@24iplg.com

                                      *Attorney for Plaintiff,*
                                      *ERIC JOHNSON*