Alexander R. Malbin, Esq. (AM 9385)
Edmund J. Ferdinand, III, Esq. (EF9885)
FERDINAND IP, LLC
125 Park Avenue
25th Floor, Suite 2508
New York, NY 10017
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
       jferdinand@24iplg.com

*Attorney for Plaintiff*
*ERIC JOHNSON*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

6/8/17

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC JOHNSON,

              Plaintiff,

- against -

INTERACTIVE ONE, LLC,

              Defendant.

Civil Action No. 1:16-cv-7204

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that Plaintiff, Eric Johnson, voluntarily dismisses the above-captioned action with prejudice and with each party to bear its own costs and expenses.

Dated: June 6, 2017

By: _____
Alexander R. Malbin
Edmund J. Ferdinand, III
FERDINAND IP, LLC
125 Park Avenue
25th Floor, Suite 2508
New York, NY 10018
Telephone: (212) 220-0523
Fax: (203) 905-6747
Email: amalbin@24iplg.com
       jferdinand@24iplg.com

*Attorney for Plaintiff,*
*ERIC JOHNSON*

By: _____
Andrew P. Zappia
LECLAIRRYAN
70 Linden Oaks, Suite 210
Rochester, NY 14625
Telephone: (585) 270-2100
Fax: (585) 270-2162
Email: Andrew.Zappia@leclairryan.com

*Attorney for Defendant,*
*Interactive One, LLC*

The parties have stipulated to the dismissal of all claims against Interactive One, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii).

Dated: June 8, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2